# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: U.S. Government, ex rel. Sidney Lewis, Relator; Yvonne Lewis, Relator

Petitioner

v.

U.S. EPA (Environmental Protection Agency)

Respondent

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR 10 2023
RECEIVED

Case Number: 23-1061
#22-5315; 15-1246; 11-1184; 81-2025

## PETITION FOR REVIEW OF AN AGENCY, BOARD, COMMISSION, OR OFFICER

Notice is hereby given this the 10th day of March 2023 that petitioner(s) Sidney Lewis & Yvonne Lewis hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the order of the respondent(s) MARCH 21, 2011 (interal) entered the 9th day of November 2012 (January 3, 2013). (SEIZURE, Jan. 3, 1979)

Attorney for Petitioner(s)/Pro Se Party,

Sidney Lewis
Yvonne D. Lewis

Address: 1875 Alvason Ave.
Cols., OH 43219

Telephone: (614) 432-1606

USCA Form 12
AUGUST 2009 (Revised)